BEYER, Respondent, v. H. HUBER CO., Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by Augusta H. Beyer against the H. Huber Company. D. Asch, for appellant. C. B. Pierce,

for respondent. No opinion. Order modified by striking out the costs in the court below, and, as modified, affirmed, without costs. Settle order on notice.